# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138367

BERNARD SUTTON STEVENS BEY,

     Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,

     Defendant-Appellee.

_____

SC: 138367
CoA: 289122

On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of March 6, 2009, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2009

_____
Clerk

jm